UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: )
)
**YERKES, ANDREW J.** ) Bankruptcy Case No. 16-82190 TML
**YERKES, KARLEE J.** ) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 30, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

YERKES, ANDREW J.
YERKES, KARLEE J.
3803 GREENWOOD DR.
WONDER LAKE, IL 60097

JAIME DOWELL
McKenna Storer
1004 Courtaulds Dr., Ste. A
Woodstock, IL 60098
*(Via ECF Electronic Transmission)*

Intouch Credit Union
POB 250169
Plano, TX 75025

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41031
Norfolk, VA 23541

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
sbalsley@bslbv.com